ORIGINAL

1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  wendy.lazerson@bingham.com
   ELIZABETH CARROLL (SBN 234751)
3  betsy.carroll@bingham.com
   EMILY LEAHY (SBN 253866)
4  emily.leahy@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Defendant
   General Motors Corporation
8

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

9           UNITED STATES DISTRICT COURT
10          SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| BRIAN HOUGH, individually, and on behalf of all other similarly situated current and former employees of Defendants in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>AEROTEK, INC., a Maryland Corporation; GENERAL MOTORS CORPORATION, a Delaware Corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | No. 08 CV 1076 W NLS<br><br>DEFENDANT GENERAL MOTORS CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>Complaint Filed:   May 8, 2008 |

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

A/72563026.1/0201222-0000333376

DEFENDANT GENERAL MOTORS CORPORATION'S
NOTICE OF PARTY WITH FINANCIAL INTEREST

| | |
|---|---|
| 1 | **DEFENDANT GENERAL MOTORS CORPORATION'S** |
| 2 | **NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| 3 | Pursuant to Civil Local Rule 40.2, the undersigned, counsel of record |
| 4 | for General Motors Corporation, hereby certifies that the following publicly-held |
| 5 | company owns ten percent (10%) or more of General Motors Corporation: |
| 6 | State Street Bank & Trust Company |
| 7 | |
| 8 | Respectfully submitted, |
| 9 | DATED: June 17, 2008     Bingham McCutchen LLP |

By: _____
Wendy M. Lazerson
Attorneys for Defendant
General Motors Corporation

A/72563026.1/0201222-0000333376                    2

DEFENDANT GENERAL MOTORS CORPORATION'S
NOTICE OF PARTY WITH FINANCIAL INTEREST CAS NO.