☐ **ORIGINAL**

1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  wendy.lazerson@bingham.com
   ELIZABETH CARROLL (SBN 234751)
3  betsy.carroll@bingham.com
   EMILY LEAHY (SBN 253866)
4  emily.leahy@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Defendant
   General Motors Corporation
8

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

9              UNITED STATES DISTRICT COURT
10             SOUTHERN DISTRICT OF CALIFORNIA

11

12  BRIAN HOUGH, individually, and on      No. 08 CV 1076 W NLS           BY FAX
    behalf of all other similarly situated
13  current and former employees of         DEFENDANT GENERAL
    Defendants in the State of California,  MOTORS CORPORATION'S
14                                          CORPORATE PARTY
15              Plaintiffs,                 DISCLOSURE STATEMENT

16         v.                               Complaint Filed:    May 8, 2008

17  AEROTEK, INC., a Maryland
    Corporation; GENERAL MOTORS
18  CORPORATION, a Delaware
    Corporation; and DOES 1 through 100
19  inclusive,

20              Defendants.

21

22        **DEFENDANT GENERAL MOTORS CORPORATION'S**

23        **CORPORATE PARTY DISCLOSURE STATEMENT**

24        Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned,

25  counsel of record for General Motors Corporation, hereby certifies that General

26  //

27  //

28

A/72562283.1/0201222-0000333376

1  Motors Corporation has no parent corporations and the following publicly-held
2  company owns more than ten percent (10%) of General Motors Corporation:
3      State Street Bank & Trust Company
4
5      Respectfully submitted,
6  DATED: June \_17\_, 2008    Bingham McCutchen LLP
7
8
9  By: _____
    Wendy M. Lazerson
10     Attorneys for Defendant
    General Motors Corporation
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/72562283.1/0201222-0000333376    2

DEFENDANT GENERAL MOTORS CORPORATION'S
CORPORATE PARTY DISCLOSURE STATEMENT CAS NO.