**ORIGINAL**

1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  wendy.lazerson@bingham.com
   ELIZABETH CARROLL (SBN 234751)
3  betsy.carroll@bingham.com
   EMILY LEAHY (SBN 253866)
4  emily.leahy@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Defendant
   General Motors Corporation

8

```
FILED

JUN 17 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

9          UNITED STATES DISTRICT COURT

10        SOUTHERN DISTRICT OF CALIFORNIA



BY FAX

11

12  BRIAN HOUGH, individually, and on        No. 08 CV 1076 W NLS
13  behalf of all other similarly situated
    current and former employees of          REQUEST FOR JUDICIAL
    Defendants in the State of California,   NOTICE IN SUPPORT OF
14                                            NOTICE OF REMOVAL OF
            Plaintiffs,                       CIVIL ACTION
15
        v.
16                                            Complaint Filed:      May 8, 2008
    AEROTEK, INC., a Maryland
17  Corporation; GENERAL MOTORS
    CORPORATION, a Delaware
18  Corporation; and DOES 1 through 100
    inclusive,
19
            Defendants.
20

21          Pursuant to Rule 201 of Federal Rules of Evidence, Defendant

22  General Motors Corporation ("GM"), in support of its Notice of Removal to

23  Federal Court, respectfully requests that the Court take judicial notice of the

24  following facts, which are not reasonably subject to dispute and capable of

25  accurate and ready determination by resort to sources whose accuracy cannot

26  reasonably be questioned:

27          1. A document printed from General Motors Corporation's website,

28  showing that the suggested retail price of the base model of the least expensive

A/72566209.1/0201222-0000333376

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
NOTICE OF REMOVAL OF CIVIL ACTION

1   GM vehicle, the Chevy Aveo, is $10,895.  A true and correct copy this document,

2   available by accessing the following link and clicking the "print" button:

3   http://www.gm.com/shop/results.jsp?bodyStyle=11&bodyStyle=12&lowPrice=100

4   00&highPrice=65000&fuel=E85&fuel=HYBRID&fuel=DIESEL&fuel=30MPG&f

5   uel=GAS&, is attached hereto as Exhibit A.

6           The price of this vehicle is capable of accurate and ready verification

7   by accessing GM's own website.  *See O'Toole v. Northrop Grumman Corp.*, 499

8   F.3d 1218, 1224-1225 (10th Cir. 2007) (finding trial court erred by denying request

9   for judicial notice of records of retirement fund earnings published on defendant's

10   website; noting that "It is not uncommon for courts to take judicial notice of

11   factual information found on the world wide web.").  As this information is taken

12   from GM's own website and the suggested prices are set by GM, its accuracy

13   cannot reasonably be questioned.  Therefore, judicial notice is proper.

14

15   DATED:  June __17__, 2008          Bingham McCutchen LLP

16

17                                     By:_____

18                                          Wendy M. Lazerson
                                            Attorneys for Defendant
19                                          General Motors Corporation

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION
CASE NO._____

**EXHIBIT A**

# EXHIBIT A

**Print Preview**

CLOSE

## My Vehicle Selection



### 2008 Chevrolet Aveo 5 Door

**MSRP\*: $10,895 - $12,680**

A good thing in a small package, Aveo comes well equipped in
two body styles Aveo5, and the Aveo Sedan. Take your pick
from tons of options, like an in-dash 6 disc CD player, steering-
wheel mounted audio controls and leatherette surfaces.

**MPG:** Up to 24 mpg city / 34 mpg hwy
**Seating:** Up to 5 Adults
**Towing Capacity:** No rating available
**Horsepower:** 103 hp

Towing Range based on lowest to highest ratings with available
powertrain and drivetype combinations, and optional equipment
Horsepower Range based on lowest to highest ratings with available
powertrain and drivetype combinations, and optional equipment

*Manufacturer's Suggested Retail Price. Tax, title, license, dealer fees, and optional equipment extra.