**ORIGINAL**



1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  wendy.lazerson@bingham.com
   ELIZABETH CARROLL (SBN 234751)
3  betsy.carroll@bingham.com
   EMILY LEAHY (SBN 253866)
4  emily.leahy@bingham.com
   1900 University Avenue
5  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
6  Facsimile: 650.849.4800

7  Attorneys for Defendant
   General Motors Corporation
8

9              UNITED STATES DISTRICT COURT
10             SOUTHERN DISTRICT OF CALIFORNIA
11

12 BRIAN HOUGH, individually, and on behalf of     No. 08 CV 1076 W NLS
   all other similarly situated current and former
13 employees of Defendants in the State of
   California,                                     PROOF OF SERVICE
14
              Plaintiffs,
15
       v.
16
   AEROTEK, INC., a Maryland Corporation;
17 GENERAL MOTORS CORPORATION, a
   Delaware Corporation; and DOES 1 through 100
18 inclusive,

19            Defendants.

20
21
22
23
24
25
26
27
28

A/72569919.1

PROOF OF SERVICE

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am over eighteen years of age, not a party in this action, and employed in San |
| 3 | Mateo County, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I |
| 4 | am readily familiar with the practice of this office for collection and processing of |
| 5 | correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited |
| 6 | that same day in the ordinary course of business. |
| 7 | On June 17, 2008, I caused to be served the attached: |
| 8 | NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441, AND 1453 (DIVERSITY AND CLASS ACTION FAIRNESS ACTION OF 2005); |
| 10 | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION; |
| 11 | |
| 12 | CIVIL COVER SHEET; |
| 13 | DEFENDANT GENERAL MOTORS CORPORATION'S CORPORATE PARTY DISCLOSURE STATEMENT; |
| 14 | DEFENDANT GENERAL MOTORS CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST; |
| 15 | |
| 16 | NOTICE OF NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT; |
| 17 | CERTIFICATE OF SERVICE OF NOTICE TO OPPOSING PARTY OF REMOVAL TO FEDERAL COURT; |
| 18 | |
| 19 | ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| 20 | |
| 21 | ☐ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at East Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business. |
| 25 | |
| 26 | ☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by _____ in sealed envelope(s) with all fees prepaid at the address(es) set forth below. |
| 27 | |
| 28 | |

A/72569919.1                               1

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | [X] | (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below. |
| 2 | | |
| 3 | [ ] | (VIA EMAIL) by transmitting via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below. |
| 4 | | |

5   Harvey C. Berger, Esq.   Van A. Goodwin, Esq.
    Pope, Berger & Williams   501 W. Broadway, Suite 900
6   550 West C Street, 17th Floor   San Diego, California 92101-3577
    San Diego, CA 92101
7

8   Tim Williams, Esq.
    Pope, Berger & Williams
9   550 West C Street, 17th Floor
    San Diego, CA 92101
10

11      I declare that I am employed in the office of a member of the bar of this court at

12  whose direction the service was made and that this declaration was executed on June 17, 2008, at

13  East Palo Alto, California.

14

15                                     _____
                                              Suga A. Ikeda
16

17

18

19

20

21

22

23

24

25

26

27

28

A/72569919.1                                 2

PROOF OF SERVICE

## PROOF OF SERVICE ON ATTORNEY'S OFFICE
## BY PERSONAL DELIVERY

I am over 18 years of age, and not a party to this action.

On June 17, 2008, I personally delivered a copy(ies) of the following document(s):

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441, AND 1453 (DIVERSITY AND CLASS ACTION FAIRNESS ACTION OF 2005);

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION;

CIVIL COVER SHEET;

DEFENDANT GENERAL MOTORS CORPORATION'S CORPORATE PARTY DISCLOSURE STATEMENT;

DEFENDANT GENERAL MOTORS CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST;

NOTICE OF NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT;

CERTIFICATE OF SERVICE OF NOTICE TO OPPOSING PARTY OF REMOVAL TO FEDERAL COURT;

I served a copy(ies) of the document(s) in an envelope(s) by leaving the envelope(s) clearly labeled to identify the attorney being served:

☐ I left the document(s) with a receptionist or with a person having charge of the office.

☐ There was no person in the office with whom the document(s) could be left. I left the document(s) between nine in the morning and five in the afternoon in a conspicuous place in the office.

The name(s) and address(es) of the person(s) served as shown on the envelope(s) was/were:

| | |
|---|---|
| Harvey C. Berger, Esq.<br>Pope, Berger & Williams<br>550 West C Street, 17th Floor<br>San Diego, CA  92101 | Van A. Goodwin, Esq.<br>501 W. Broadway, Suite 900<br>San Diego, California  92101-3577 |
| Tim Williams, Esq.<br>Pope, Berger & Williams<br>550 West C Street, 17th Floor<br>San Diego, CA  92101 | |

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on June 17, 2008.

*/s/ N. Youngman*

Nate Youngman