VAN A. GOODWIN, Bar No. 095170
O. MISHELL TAYLOR, Bar No. 256850
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101-3577
Telephone: (619) 232-0441
Facsimile: (619) 232-4302

Attorneys for Defendant
AEROTEK, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOUGH, individually and on behalf of all other similarly situated current and former employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>AEROTEK, INC., a Maryland Corporation; GENERAL MOTORS CORPORATION, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 08 CV 1076 W NLS<br><br>**NOTICE OF JOINDER BY DEFENDANT AEROTEK, INC. IN REMOVAL OF CIVIL ACTION BY DEFENDANT GENERAL MOTORS CORPORATION UNDER 28 U.S.C. §§ 1332, 1441 AND 1453** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF BRIAN HOUGH AND HIS ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that Defendant Aerotek, Inc. hereby joins in the Notice of Removal of Civil Action filed with this Court on behalf of Defendant General Motors Corporation.

DATED: June 18, 2008.
                                      LITTLER MENDELSON
                                      A Professional Corporation

                                      By: /s/ Van A. Goodwin
                                              VAN A. GOODWIN

                                      Attorneys for Defendant
                                      AEROTEK, INC.

FIRMWIDE:85578516.1 044953.1028

NOTICE OF JOINDER OF DEFENDANT
AEROTEK, INC.

| | |
|---|---|
| Brian Hough v. Aerotek, Inc., et al. | Case No. 08 CV 1076 W NLS |

## PROOF OF SERVICE BY COURT CM/ECF SYSTEM

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577.

On June 18, 2008, I caused the following documents:

**NOTICE OF JOINDER BY DEFENDANT AEROTEK, INC. IN REMOVAL OF CIVIL ACTION BY DEFENDANT GENERAL MOTORS CORPORATION UNDER 28 U.S.C. §§ 1332, 1441 AND 1453**

to be electronically filed with the Clerk of the Court through the Court's CM/ECF system. It is my understanding that the CM/ECF system will automatically send a "Notice of Electronic Filing" to the registered users in the case and that the "Notice of Electronic Filing" will constitute service of the above-listed document(s) on the following:

Mr. Harvey C. Berger, Esq.  
Pope, Berger & Williams  
550 West C Street, Suite 1400  
San Diego, CA 92101-3545  
Phone: (619) 595-1366  
Fax: (619) 236-9677  

berger@popeberger.com

Attorneys for Plaintiff  
BRIAN HOUGH

Wendy M. Lazerson  
Bingham McCutchen LLP  
1900 University Avenue, 4th Floor  
East Palo Alto, CA 94303-2223  
Phone: (650) 849-4840  
Fax: (650) 849-4800  

wendy.lazerson@bingham.com

Attorneys for Defendant  
GENERAL MOTORS CORPORATION

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 18, 2008, at San Diego, California.

*Loriann Christy* (signature)  
Loriann Christy