1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  wendy.lazerson@bingham.com
   ELIZABETH CARROLL (SBN 234751)
3  betsy.carroll@bingham.com
   EMILY LEAHY (SBN 253866)
4  emily.leahy@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Defendant
   General Motors Corporation
8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 | BRIAN HOUGH, individually, and on behalf of all other similarly situated current and former employees of Defendants in the State of California, | No.  08-CV-1076W (NLS) |
   | --- | --- |
   |   Plaintiffs, | AMENDED PROOF OF SERVICE |
   | v. | |
   | AEROTEK, INC., a Maryland Corporation; GENERAL MOTORS CORPORATION, a Delaware Corporation; and DOES 1 through 100 inclusive, | |
   |   Defendants. | |

A/72573084.1

PROOF OF SERVICE

## PROOF OF SERVICE ON ATTORNEY'S OFFICE
## BY PERSONAL DELIVERY

I am over 18 years of age, and not a party to this action.

On June 17, 2008, I personally delivered a copy(ies) of the following document(s):

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441, AND 1453 (DIVERSITY AND CLASS ACTION FAIRNESS ACTION OF 2005);

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION;

CIVIL COVER SHEET;

DEFENDANT GENERAL MOTORS CORPORATION'S CORPORATE PARTY DISCLOSURE STATEMENT;

DEFENDANT GENERAL MOTORS CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST;

NOTICE OF NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT;

CERTIFICATE OF SERVICE OF NOTICE TO OPPOSING PARTY OF REMOVAL TO FEDERAL COURT;

I served a copy(ies) of the document(s) in an envelope(s) by leaving the envelope(s) clearly labeled to identify the attorney being served:

☒ I left the document(s) with a receptionist or with a person having charge of the office.

☐ There was no person in the office with whom the document(s) could be left. I left the document(s) between nine in the morning and five in the afternoon in a conspicuous place in the office.

The name(s) and address(es) of the person(s) served as shown on the envelope(s) was/were:

A/72573084.1

1

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Harvey C. Berger, Esq. | Van A. Goodwin, Esq. |
| 2 | Pope, Berger & Williams | 501 W. Broadway, Suite 900 |
|   | 550 West C Street, Suite 1400 | San Diego, California 92101- |
| 3 | San Diego, CA 92101 | 3577 |
| 4 | | |
|   | Tim Williams, Esq. | |
| 5 | Pope, Berger & Williams | |
| 6 | 550 West C Street, Suite 1400 | |
|   | San Diego, CA 92101 | |
| 7 | | |

8   I declare that I am employed by the office of a member of the bar of
9 this court at whose direction the service was made and that this declaration was
10 executed on June 20, 2008.

11
12    _n. Youngman_____
13
14    _Nate Youngman_____

15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/72573084.1                                    2

PROOF OF SERVICE