1  Bingham McCutchen LLP
   WENDY M. LAZERSON (SBN 97285)
2  wendy.lazerson@bingham.com
   ELIZABETH CARROLL (SBN 234751)
3  betsy.carroll@bingham.com
   EMILY LEAHY (SBN 253866)
4  emily.leahy@bingham.com
   1900 University Avenue
5  East Palo Alto, CA  94303-2223
   Telephone:  650.849.4400
6  Facsimile:  650.849.4800

7  Attorneys for Defendant
   General Motors Corporation
8

9               UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12
   BRIAN HOUGH, individually, and on            No.  08-CV-1076W (NLS)
13 behalf of all other similarly situated
   current and former employees of              San Diego Superior Court No.
14 Defendants in the State of California,       37-2008-00083508-CU-MT-CTL

15         Plaintiffs,                          AMENDED PROOF OF SERVICE
                                                TO DEFENDANT GENERAL
16    v.                                        MOTORS CORPORATION'S
                                                ANSWER TO NAMED
17 AEROTEK, INC., a Maryland                    PLAINTIFF'S CLASS ACTION
   Corporation; GENERAL MOTORS                  COMPLAINT ATTACHED AS
18 CORPORATION, a Delaware                      EXHIBIT B TO DEFENDANT'S
   Corporation; and DOES 1 through 100          NOTICE OF REMOVAL OF
19 inclusive,                                   CIVIL ACTION

20         Defendants.

21

22

23

24

25

26

27

28

A/72573953.1/3000446-0000333367              1

AMENDED PROOF OF SERVICE TO DEFENDANT GENERAL MOTORS CORPORATION'S
ANSWER ATTACHED AS EXHIBIT B TO DEFENDANT'S NOTICE OF REMOVAL

COPY

| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | WENDY M. LAZERSON (SBN 97285) |
| 2 | BETSY CARROLL (SBN 234751) |
|   | EMILY LEAHY (SBN 253866) |
| 3 | 1900 University Avenue |
|   | East Palo Alto, CA  94303-2223 |
| 4 | Telephone:  650.849.4400 |
|   | Facsimile:  650.849.4800 |
| 5 | Email:  wendy.lazerson@bingham.com |
| 6 | Attorneys for Defendant |
|   | General Motors Corporation |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

BY FAX

| | |
|---|---|
| BRIAN HOUGH, individually, and on behalf of all similarly situated current and former employees of Defendants in the State of California, | No. 37-2008-00083508-CU-MT-CTL |
| Plaintiffs, | AMENDED PROOF OF SERVICE TO DEFENDANT GENERAL MOTORS CORPORATION'S ANSWER TO NAMED PLAINTIFF'S CLASS ACTION COMPLAINT |
| v. | |
| AEROTEK, INC., a Maryland Corporation; GENERAL MOTORS CORPORATION, a Delaware Corporation; and DOES 1 through 100 inclusive, | Complaint Filed:  May 8, 2008 |
|  | Judge:      Michael M. Anello |
| Defendants. | |

A/72572420.3/3000446-0000333367                                    1

AMENDED PROOF OF SERVICE TO DEFENDANT'S ANSWER TO COMPLAINT

|    |                                                                                                      |
|----|------------------------------------------------------------------------------------------------------|
| 1  | <ins>AMENDED PROOF OF SERVICE ON ATTORNEY'S OFFICE</ins><br>BY PERSONAL DELIVERY                     |
| 2  | (CCP 1011)                                                                                           |
| 3  | I am over 18 years of age, and not a party to this action.                                           |
| 4  | On June 16, 2008, I personally delivered a copy(ies) of the following document(s):                   |
| 5  | DEFENDANT GENERAL MOTORS CORPORATION'S                                                               |
| 6  | ANSWER TO NAMED PLAINTIFF'S CLASS ACTION COMPLAINT                                                   |
| 7  | JURY TRIAL DEMANDED                                                                                  |
| 8  | I served a copy(ies) of the document(s) in an envelope(s) by leaving the                             |
| 9  | envelope(s) clearly labeled to identify the attorney being served:                                   |
| 10 | ☒ I left the document(s) with a receptionist or with a person having charge of the office.           |
| 11 |                                                                                                      |
| 12 | ☐ There was no person in the office with whom the document(s) could be left. I left the document(s) between nine in the morning and five in the afternoon in a conspicuous place in the office. |
| 13 |                                                                                                      |
| 14 | The name(s) and address(es) of the person(s) served as shown on the envelope(s) was/were:            |

| Harvey C. Berger, Esq. | Van A. Goodwin, Esq. |
|---|---|
| Pope, Berger & Williams | 501 W. Broadway |
| 550 West C St. | Suite 900 |
| 17th Floor | San Diego, California 92101-3577 |
| San Diego, CA 92101 | |

Tim Williams, Esq.
Pope, Berger & Williams
550 West C St.
17th Floor
San Diego, CA 92101

I declare under penalty or perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 18, 2008.

*/s/ Viola Ninchak*

Viola Ninchak

A/72561650.3/0201222-0000333376                2

DEFENDANT GENERAL MOTORS CORPORATION'S ANSWER TO NAMED PLAINTIFF'S
CLASS ACTION COMPLAINT

|  |  |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | I am over 18 years of age, not a party to this action and employed in the County |
| 3 | of San Mateo, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I |
| 4 | am readily familiar with the practice of this office for collection and processing of |
| 5 | correspondence for mailing with the United States Postal Service and correspondence is |
| 6 | deposited with the United States Postal Service that same day in the ordinary course of business. |
| 7 | Today I served the attached: |
| 8 | AMENDED PROOF OF SERVICE TO DEFENDANT GENERAL MOTORS CORPORATION'S ANSWER TO |
| 9 | NAMED PLAINTIFF'S CLASS ACTION COMPLAINT |
| 10 | by causing a true and correct copy of the above to be placed in the United States Mail at East |
| 11 | Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as follows: |

Harvey C. Berger, Esq.  
Pope, Berger & Williams  
550 West C St., 14th Floor  
San Diego, CA 92101

Tim Williams, Esq.  
Pope, Berger & Williams  
550 West C Street, 14th Floor  
San Diego, CA 92101

Tim Williams  
Van A. Goodwin, Esq.  
501 W. Broadway  
Suite 900  
San Diego, California 92101-3577

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 19, 2008.

_____  
Mary F. Maggini

A/72572420.3/3000446-0000333367

AMENDED PROOF OF SERVICE TO DEFENDANT'S ANSWER TO COMPLAINT