MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
JUNE 19, 2008

| Brian Hough | vs | Aerotek, Inc., et al. | No. | 08cv1076 |

Hon. Nita L. Stormes            Deputy Clerk   N/A

It is hereby ordered that the **Hon. Nita L. Stormes** hereby **RECUSES** from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: _Magistrate Judge CATHY ANN BENCIVENGO_

New Case #: _08cv1076 W (CAB)_