VAN A. GOODWIN, Bar No. 095170
vgoodwin@littler.com
O. MISHELL TAYLOR, Bar No. 256850
mtaylor@littler.com
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101-3577
Telephone: (619) 232-0441
Fax No.: (619) 232-4302

Attorneys for Defendant
AEROTEK, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOUGH, individually and on behalf of all other similarly situated current and former employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>AEROTEK, INC., a Maryland Corporation; GENERAL MOTORS CORPORATION, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 08 CV 1076 W NLS<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**[FRCP 7.1]**<br><br>Complaint Filed: May 8, 2008 |

PLEASE TAKE NOTICE that Defendant AEROTEK, INC. is a Maryland corporation which is wholly owned by Allegis Group, Inc., a privately held company with its corporate headquarters in Hanover, MD. 100% of the stock of AEROTEK, INC. is owned by Allegis Group, Inc.

Dated: June 23, 2008

LITTLER MENDELSON
A Professional Corporation


By: /s/ Van A. Goodwin
    VAN A. GOODWIN

Attorneys for Defendant
AEROTEK, INC.

Brian Hough v. Aerotek, Inc., et al.                               Case No. 08 CV 1076 W NLS

## PROOF OF SERVICE BY COURT CM/ECF SYSTEM

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577.

On June 23, 2008, I caused the following documents:

1. **CORPORATE DISCLOSURE STATEMENT**
2. **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

to be electronically filed with the Clerk of the Court through the Court's CM/ECF system. It is my understanding that the CM/ECF system will automatically send a "Notice of Electronic Filing" to the registered users in the case and that the "Notice of Electronic Filing" will constitute service of the above-listed document(s) on the following:

Mr. Harvey C. Berger, Esq.           berger@popeberger.com
Pope, Berger & Williams
550 West C Street, Suite 1400        Attorneys for Plaintiff
San Diego, CA 92101-3545             BRIAN HOUGH
Phone: (619) 595-1366
Fax: (619) 236-9677

Wendy M. Lazerson                    wendy.lazerson@bingham.com
Bingham McCutchen LLP
1900 University Avenue, 4th Floor    Attorneys for Defendant
East Palo Alto, CA 94303-2223        GENERAL MOTORS
Phone: (650) 849-4840                CORPORATION
Fax: (650) 849-4800

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 23, 2008, at San Diego, California.

_____
Loriann Christy

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

FIRMWIDE:85604065.1 044953.1028                              Case No. 08 CV 1076 W NLS

1  VAN A. GOODWIN, Bar No. 095170
   vgoodwin@littler.com
2  O. MISHELL TAYLOR, Bar No. 256850
   mtaylor@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  501 W. Broadway, Suite 900
   San Diego, CA 92101.3577
5  Telephone:  619.232.0441
   Fax No.:    619.232.4302
6
   Attorneys for Defendant
7  AEROTEK, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11  BRIAN HOUGH, individually and on          Case No. 08 CV 1076 W NLS
    behalf of all other similarly situated current
    and former employees of Defendants in the
12  State of California,                      **CERTIFICATION AND NOTICE
                                              OF INTERESTED PARTIES**
13              Plaintiff,
                                              [FRCP 7.1-1]
14       v.

15  AEROTEK, INC., a Maryland                 Complaint Filed: May 8, 2008
    Corporation; GENERAL MOTORS
16  CORPORATION, a Delaware Corporation;
    and DOES 1 through 100, inclusive,
17
                Defendants.
18

19  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO PLAINTIFF AND HER

20  ATTORNEYS OF RECORD:

21       The undersigned counsel of record for Defendant Aerotek, Inc. certifies that the following

22  listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These

23  representations are made to enable the Court to evaluate possible disqualification or recusal.

24  ///

25  ///

26  ///

27  ///

28  ///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Firmwide:85625463.1 044953.1028

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

| Party | Connection To / Interest In Case |
|---|---|
| Brian Hough | Plaintiff |
| Aerotek, Inc. | Defendant |
| General Motors Corp. | Defendant |

Dated: June 23, 2008

Respectfully submitted,

LITTLER MENDELSON
A Professional Corporation


By: /s/ Van A. Goodwin
    VAN A. GOODWIN

Attorneys for Defendant
AEROTEK, INC.

Firmwide:85625463.1 044953.1028

2.

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441