```
 1  Harvey C. Berger, Esq. (SBN 102973)
    POPE, BERGER & WILLIAMS, LLP
 2  550 West "C" Street, Suite 1400
    San Diego, California  92101
 3  Telephone: (619) 595-1366
    Facsimile: (619) 236-9677
 4
        Attorneys for Named Plaintiff BRIAN HOUGH, individually, and on behalf of all other
 5      similarly situated current and former employees of Defendants in the State of California
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOUGH, individually, and on behalf of all other similarly situated current and former employees of Defendants in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>AEROTEK, INC., a Maryland Corporation; GENERAL MOTORS CORPORATION, a Delaware Corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 08-cv-1076W (CAB)<br>CLASS ACTION<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: May 8, 2008<br>Action Removed: June 17, 2008<br>Trial Date: Not Set |

1.  Pursuant to FED. R. CIV. P. 38, and CivLR 38.1, Named Plaintiffs BRIAN HOUGH, individually, and on behalf of all other similarly situated current and former employees of Defendants in the State of California (collectively, "Plaintiffs") hereby re-state their demand for a Jury Trial in this action. This is in addition to Plaintiffs' demand for a Jury Trial in this action, as requested in their original Complaint.

Respectfully submitted,

Dated: 6/26/08

POPE, BERGER & WILLIAMS, LLP

By: _____
Harvey C. Berger, Esq.
Attorney for Named Plaintiff BRIAN HOUGH, individually, and on behalf of all other similarly situated current and former employees of Defendants in the State of California

- 1 -

PLAINTIFFS' DEMAND FOR JURY TRIAL                                    08-cv-1076W (CAB)

1 | Harvey C. Berger, Esq. (SBN 102973)
**POPE, BERGER & WILLIAMS, LLP**
2 | 550 West "C" Street, Suite 1400
San Diego, California 92101
3 | Telephone: (619) 595-1366
Facsimile: (619) 236-9677
4

5 | Attorneys for Named Plaintiff BRIAN HOUGH, individually, and on behalf of all other similarly situated current and former employees of Defendants in the State of California

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOUGH, individually, and on behalf of all other similarly situated current and former employees of Defendants in the State of California, <br><br> Plaintiffs, <br><br> v. <br><br> AEROTEK, INC., a Maryland Corporation; GENERAL MOTORS CORPORATION, a Delaware Corporation; and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No.: 08-cv-1076W (CAB) <br> CLASS ACTION <br><br> **PROOF OF SERVICE RE ELECTRONIC FILING** <br><br><br> Complaint Filed: May 8, 2008 <br> Action Removed: June 17, 2008 <br> Trial Date: Not Set |

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 550 West "C" Street, Suite 1400, San Diego, California 92101.

On **June 26, 2008**, I served the following document(s), under the direction of Attorney Harvey C. Berger:

**PLAINTIFFS' DEMAND FOR JURY TRIAL;**

by Electronic Filing a copy thereof through the United States District Court - Southern District of California CM/ECF website for each addressee named hereafter:

- 1 -

PROOF OF SERVICE RE: ELECTRONIC CASE FILING                                08-cv-1076W (CAB)

| | | |
|---|---|---|
| 1 | Van A. Goodwin, Esq. | *Attorneys for Defendants* |
| 2 | vgoodwin@littler.com | AEROTEK, INC., a Maryland Corporation |
|   | LITTLER MENDELSON | |
| 3 | 501 West Broadway, Suite 900 | |
|   | San Diego, CA 92101-3577 | |
| 4 | 619/232-0441 | |
|   | 619/232-4302 - fax | |
| 5 | | |
| 6 | Wendy M. Lazerson, Esq. | *Attorneys for Defendants* |
|   | wendy.lazerson@bingham.com | GENERAL MOTORS CORPORATION, a Delaware |
| 7 | BINGHAM McCUTCHEN LLP | Corporation |
|   | 1900 University Avenue | |
| 8 | East Palo Alto, CA 94303-2223 | |
|   | 650/849-4400 | |
| 9 | 650/849-4800 - fax | |

10   I declare under penalty of perjury under the laws of the State of California that the
11 foregoing is true and correct. Executed on June 26, 2008, in the City of San Diego, California.

        _____
                Valery G. Leinweber

- 2 -

PROOF OF SERVICE RE: ELECTRONIC CASE FILING                    08-cv-1076W (CAB)