# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOUGH,<br><br>            Plaintiff,<br><br>   v.<br><br>AEROTEK, INC., a Maryland Corporation; GENERAL MOTORS CORPORATION, a Delaware Corporation; and DOES 1 through 100 inclusive,<br><br>            Defendants. | Case No:  08-CV-1076 W (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 32]** |

Pending before the Court is a joint motion between Plaintiff Brian Hough and Defendants Aerotek, Inc. and General Motors Corporation to dismiss this lawsuit with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion. (Doc. No. 32.)

**IT IS SO ORDERED.**

DATED: December 10, 2008

_____
Hon. Thomas J. Whelan
United States District Judge